RECEIVED
APR 24 2018
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **RONNIE BROWN**     D.O.C. # 512598 | : | **DOCKET NO. 17-cv-712**     **SECTION P** |
| **VERSUS** | : | **JUDGE JAMES T. TRIMBLE, JR.** |
| **WARDEN COOLIE** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the lack of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that this matter be **DENIED** and **DISMISSED WITH PREJUDICE** under 28 U.S.C. § 1915(e)(2)(B)(i) and (ii). The Clerk of Court is instructed to send a copy of this judgment to the keeper of the Three Strikes List in Tyler, Texas.

**THUS DONE** in Chambers in Alexandria, Louisiana, this 24th day of April, 2018.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE